Mr. Chief Justice, and may it please the Court, the False Claims Act, which casts its shadow over every aspect of the administrative state, has always been trained on guarding the public fisc. The FCA protects government funds by defining a claim as a request for money the government provides or that's presented to a government agent. As a result of political branch choices, E-rate reimbursement requests check neither box. The program could have been funded with public money and administered by a government agency, but the political branches chose private funding and a private administrator to prevent E-rate money from being used to mask budget shortfalls and to avoid the Government Corporation Control Act. The consequence of those choices is that E-rate reimbursement requests aren't FCA claims. First, the government doesn't provide any money in the E-rate program. Text, context, structure, and history all confirm that the government provides money for FCA purposes only if it supplies money from its own funds, putting the public fisc at risk. That never happened here. The government doesn't provide money by making one private party pay another private party, and the government doesn't provide money by collecting debts owed to a private party and in which the government has no financial stake. Second, the program's private administrator, the administrative company, isn't a government agent. By design, it lacks power to bind the government, which in turn lacks control over what matters here. Grants of E-rate reimbursement requests. In fact, we know the company can't be a government agent because if it were, it would violate the Government Corporation Control Act. Choices have consequences, and the choices made by the political branches to insulate the E-rate program from the public fisc foreclose applying the FCA. I welcome the court's questions. Ms. Hogue, could you focus just briefly on the $100 million that the government says it contributes or provides? Much of that is collected under a debt collection provision that authorizes the government to collect a debt owed to it. That seems somewhat at odds with your argument that it's not the government's money. How could it be collected under that act if it is not owed to the government? And if it is owed to the government, then why isn't it the government's money after that? Yes, Justice Thomas, and let me answer both parts of your question. Let me begin by addressing the debt settlement and restitution. Those funds are no different than the E-rate contributions themselves. They are owed to the administrative company. The United States just collects and returns those funds to their private owner. A good analogy is like child support. Like a parent provides child support even when the United States withholds from the parent's income and sends to the other parent. The private telecom carriers provide E-rate funds even when the United States collects their delinquent debts, just like when a private litigant uses a sheriff to go after a property to pay judgment. Justice Thomas, let me address directly your question about the Debt Collection Improvement  Those debts don't belong to the government, even under the Debt Collection Improvement Act, for three reasons. Number one, that's a different statutory scheme with different language. That's the Blanca case from the Tenth Circuit that we cite in our brief. The FCA limits a claim to money that the United States provides, and the Debt Collection Improvement Act defines claim more expansively without regard to its effect on the public's debt. Number two, relatedly, the Debt Collection Improvement Act applies to funds that the United States is authorized by statute to collect for the benefit of any person. That is section 3701B1D. So money belongs to the person for whose benefit the government collects it. The government just holds it in trust, and that's in our brief on page 32. And my friend, the Solicitor General, admits on page 17 of the Solicitor General's brief that they are obligated. The government is obligated to transmit funds back to the administrative company. Can I ask you a question? The government, though, treats these funds as appropriated funds, right? As I understand, they're called backdoor appropriations? You're correct, Mr. Chief Justice, that OMB and the President's budget have labeled the E-rate funds as, I think the bureaucratic term is permanent, indefinite appropriations. But even OMB, in using that term, admitted that, I think the language used was that the line between the private sector and government can be murky, and that it was including those funds in the budget out of a desire to be comprehensive. So ultimately, it is this court's responsibility to interpret this statute and determine what the nature of the funds are. So bookkeeping labels aren't dispositive of that question, Mr. Chief Justice. But I guess I'm wondering why the government isn't collecting the money here for a public purpose, for the funding of this program. You suggest that the money belongs to the person for whom the government collects the funds, and I thought the funds were being collected to operate this government program. So Justice Jackson, I take your question to be focused on, you know, is it money that the government collects, which of course we know the government isn't actually collecting the money here, that private carriers are paying their money to private persons? Right, I was just responding, yeah, I was just trying to understand your response to Justice Thomas, who said, we have $100 million that the government is collecting, admittedly as a result of settlements and debt collection in the context of this program, but ultimately the reason why the money is being collected is because the government has ordered telecom companies to fund this government program. So the ultimate beneficiary, I would think, is the public, right? So we know, Your Honor, from the text of the False Claims Act, and it's a definition of claim, that just having a government purpose isn't enough, and the precise language, and this is 3729b2a, it defines a claim and it says, if the money or property is to be spent or used on the government's behalf, or to advance a government program or interest, which is what you're asking me about, and if the United States provides or has provided any portion of the money or property. So I guess I don't understand your argument about provides. Can you help me? Because it seems to me that you're saying that because the government here has ordered these telecom companies to pay directly into the fund, it is not provides, but if the government had ordered the telecom companies to pay them a fee, for example, and then directed that into the fund, it would be provides, and I guess I don't understand why that distinction should make a difference. Yes, and the distinction is critical, and the distinction is that under the scenario as Congress and the political branches designed it, the public fisc is never put at risk. The money goes from the private carriers, but I guess I'm thinking never the funds. Even in either scenario, the public fisc is not really put at risk. I mean, you have this pot of money that's the public fisc, and in my second scenario, the government is exacting a fee from the telecom companies, and while it might be put into the public fisc for two seconds, the point is they're exacting the fee to pay for this fund. What difference does it make if they're doing it that way versus just telling the telecom companies you put it into the fund directly? I think that the key difference for false claims purposes is that in the first scenario, even if the money is only in the public fisc for a limited amount of time, that is still endangering the public fisc. It is going into the public fisc, and the government is providing the funds out of the public fisc, and the political branches, Congress and the FCC, in choosing this rather unique setup, this design, did that quite intentionally. Didn't they do it intentionally to avoid the cost, the administrative cost of it, the government being the one? I mean, what's so peculiar about your argument to me is that I would think good government would actually be trying to hold down costs. We have this program we've created, and it seems far more efficient to have the telecom companies just put the money in directly than it does to, say, give the money to us, and then we will incur the cost of rerouting it out to the fund. I don't understand why that's a problematic thing from your perspective. We don't think it's problematic. We just think those choices, which as you lay out, may have been for very sound reasons, those choices have consequences, and the consequence of that choice to insulate the public fisc and perhaps to gain some efficiency in doing it this way. It means that it can be defrauded from your perspective under the FCA. The FCA doesn't apply in that situation. We believe that the FCA does not apply, but there are plenty of tools in the toolbox to safeguard the administrative fund from fraud. Ms. Ho, can I ask you a question? It seems like your argument rests on the premise that only one person can provide, and I'm not really sure why that's true. I think of an example of, I think back to the days when proctors used to give out test booklets and pencils, so let's say that I'm working as a proctor. It would be perfectly natural for me to say to the students, I'm going to provide each of you with a pencil and a booklet. Now, I didn't go out and purchase those with my own money. The school presumably provided them to me, and then I provided them to the students. I mean, I think one person doesn't have to provide. I think we could say that the United States provided funds, for example, this $100 million that it got through debt collection, et cetera, and then also say that the carriers provided money to the funds through their fees, or that the carriers provided funds to the United States, which was a conduit. I just don't understand. Are you assuming that provides has to be exclusive, that there's one ultimate provider? In this case, yes, Your Honor, because we look at the two parties that are involved who are providing, and the statute says the government has to provide the money. So my disagreement with my friends on the other side, with their reading of provides, is how that is provided. So our position is you can't provide funds by making someone else provide the funds. And you don't provide funds when someone else acts as a conduit. Well, why not? I had the same sort of question that Justice Barrett did, a different example. If I have a sick friend and I arrange for Uber to bring that sick friend chicken soup, I mean, in some ways it's the delivery man who provides the soup, but I provided the soup because I paid for it and I told the delivery man to go deliver it. And so here you might have two people that could in some sense be said to furnish or supply or provide the soup. Justice Kagan, I would say in your hypothetical that you are providing the funds. You're providing the funds that then is used to transmit the soup or the rice. And my friend would thank me for giving her the soup, not the funds. I mean, I think my friend would understand that the Uber guy was a kind of conduit and it went through, but I ordered the soup. And here the mandate is coming from the federal government in the same way. And Justice Kagan, I think your hypothetical gets it exactly right when you say that your friend would thank you. The thank you note would go to you, Justice Kagan, right? Because you provided the funds that then in turn led however many things down the road. And so too I think the school might say thank you to Congress and the FCC for setting up this program that enables us to get these services in our schools. Because everybody understands that the carriers aren't doing it from the goodness of their hearts. Everybody understands that the carriers are doing it because the U.S. government, the Congress, the FCC, and then the particular administrative entity that's been set up pursuant to the statutory scheme. That's where the directive is coming from. That's who's responsible for schools getting what they're getting. Yes. And Congress made the choice to set up the system to deliver those resources, those important resources, and it made choices. It chose to require the private telecom carriers to pay, and the FCC made the choice to have a private administrator administer the system. And in that system that Congress designed, one consequence of that decision is that the public funds, which is the cornerstone here, the False Claims Act, right? Threat to the public's fist is never implicated. And so one consequence that flows from those choices is you cannot have a False Claims Act. But as I was talking with Justice Jackson about, that does not mean that the fund is left without protection. There are a toolbox of tools, everything from fees and fines to... But Ms. Joyce doesn't say that the threat... I mean, clearly one purpose is to protect the public's fist. Yes. But I mean, also protecting federal programs could be a purpose. I mean, so you can't rely just, I think, on that one purpose to narrow it. And it also seems, at least for the post-2009 claims, that there's some tension between the addition saying that it doesn't matter if the money, if the United States has title to the money or property. But defining it as public funds implies that it's so. Let me take both parts of your question. Justice Brett, let me start with the last part, the title clause. And I think the title clause clarifies that the False Claims Act applies even if the United States no longer has title, present tense, to the money or property when the request is made. So a request for money that's been provided by the United States to a grantee is still a claim even though the grantee and not the United States holds title to the money when the request is made. And the revised addition of the provide for clause strengthens that interpretation because Congress also amended that to say provides or has provided. So it's really a timing issue. And I would think if Congress were going to sever the link between the False Claims Act and protecting the public's fist, that has been its historic focus. It would not have done that. It would not have taken that huge step through such an oblique way as to revising the title clause, which really is more about timing and doesn't sever the link between the public's fist and the FCA. Justice Brett, let me take on your second question, the second aspect of your question about the government, the purpose and the interest here, and that gets back to what I was talking with Justice Jackson about and the text of the False Claims Act really answers that because in the revisions, the amendments that were made in 2009, Congress specified if the money or property is to be spent or used on the government's behalf or to advance a government program or interest and if the United States provides or has provided any portion of the money. If Congress wanted to sever this historic link between the False Claims Act and protecting the public's fist, the easiest way for it to do that would have been just to eliminate the provides clause altogether and Congress didn't do that. It adopted a very narrow amendment that was focused on the timing issue, not severing the False Claims Act. On Justice Thomas' question about the $100 million, I want to focus on that as well for a minute. What exactly makes something part of the public fist to use your terms or makes something government funds to use your term? What are the precise indicia? I would say public money, money that is owed to the United States. That would take in taxes, certainly, but also fees, say that people pay the post office or customs that go into the public fist. I think the key indicia is that it's simply money that the government owns. From taxes or fees or fines? No? Yes, if it's money that's going from private pockets into the public fist, into the government, the government owns that money and the government can do with that money what it wills. And by contrast... When you say owns the money... Owns the money. What are the precise things we look at to determine whether the government, quote, owns the money? Sure, I think you would... I think one way, maybe one helpful way to look at it... Again, I'm focused on the $100 million. Yes, maybe one helpful way to look at it within the False Claims Act context that our case arises in is it is money that if anything were to happen to that money, right, that the incidence of that loss would be borne by the government. And in our case, whether you're talking about the contributions or you're talking about the debt, the settlement, the restitution, all of which is owed to the administrative company, all of which is being paid by the private carriers and the government's role, as this court said in the Cone case, right, money or property that is just in the government's hands for temporary possession before it's being returned to its rightful owner is not public money or public funds or engaging in public... Couldn't you say that about all public funds? You know, taxes come in and then they go out to pay for government programs. In other words, that's what I'm trying to distinguish. Most government money comes from taxes, some from fees, some from leases, etc. Yes. But it's coming in and going out. And it is the government, right, it is coming in to the public fisc, right, and the government is then sending it out. And that is not... That's the opposite. That is what Congress did not want here. Congress wanted money coming in to a private... Right, and your broader argument, I get that. I'm still trying to get the $100 million, but... Yes, I think the way to think about that money is that is money... It's no different than the contributions, Justice Kavanaugh. It is owed to the administrative company and the government is simply getting it and taking it back to its private owner. The government doesn't keep any of that money. So if something were to happen to that money, all of the incidents of loss would fall on the administrative company, which, by the way, does not have recourse to the Treasury for funds if it falls short. It has to fall commercially. Yes, Mr. Tisha. What if we don't agree with your treatment of the $100 million and agree with the government's view of the $100 million? Is there any way that you... Any argument you have that that doesn't taint the $4 billion or whatever the number is? In other words, if part of it is the whatever, you know, $100 million over whatever the denominator is, does that mean you lose? So the plain text of the False Claims Act refers to any portion of the money. I do think that would have damages implications, right? Because the remedial provision, and I think this is actually another structural cue why we're right about all of the money, the contributions and the money, that comes back to the company as a result of restitution and settlement, is the remedial provision says a civil penalty of not less than $5,000, not more than $10,000, plus three times the amount of damages which the government sustained. So whether you're talking about the contributions coming in or you're talking about the contributions that weren't paid and that are coming back into the fund, the government did not sustain loss either way under any of those funds. And... Just to follow up the Chief Justice's question, you're not suggesting, are you, that there's some kind of tracing requirement that, you know, you have to find the dollar that came into the Treasury and see what happened to that exact dollar? Because that wouldn't make much sense, would it? So you're not suggesting that? No, I'm not suggesting that. That sort of... You might have a question like that along the damages prong, right, because you're looking at the damages that the government sustains. That's the Custer Battles case, right, where the tracing was an issue in that.  But no, no. And then... Sorry. Please, go ahead. So one... If I just could go back to what Justice Kavanaugh was asking me, because as I took Justice Kavanaugh's question, it was really like every time you tell me it comes in and it goes out, again, putting the rest of the money aside, but that $100 million, it's just coming in and going out in the typical way money always comes in and goes out. And you said the loss doesn't fall on the government. But in some sense, that's always true because the money is appropriated for some other thing, some other activity, and the loss falls on that other activity or purpose. So I guess I'm still searching for what your answer is to Justice Kavanaugh's question. Um... ...to the debt settlements and restitution is that they are no different than the contributions that the carriers pay directly to the administrative company and that the administrative company... May I say my question? Yeah, sure. Thank you. It is simply... It is money that belongs to the administrative company, owed to the administrative company, and that is brought back to... The only role of the government with respect to the debts and the settlements and the restitution is to hold that in trust for its rightful owner, no different than when the government collects restitution in a criminal case. It holds that money in trust for the victim who is the owner.  Thank you, Counsel. Justice Thomas, anything further? Justice Sotomayor? Your earlier answer suggests to me that you think you... that this case won't end this matter unless we rule on the government... on the respondent's first ground that this is a government program in total, correct? Because what you're... I think what you're saying is if our ruling relies simply on the $100 million, that your next case is going to be okay, I'll accept that, but I'm going to fight about whatever the recovery is under the False Claims Act. That's what you just said to me. I think what I was trying to say is the text of the False Claims Act is that so long as any portion of the money is government, our position is that the government doesn't provide a cent of the money at all. If we say they provide at least $100 million, is your argument going to be that recovery is limited to that $100 million or that recovery, assuming you go under the False Claims Act, that recovery is limited to $100 million, or are you going to take this position you're now taking that the government hasn't suffered any harm so that nothing would come to the government? Well, our position is that the government hasn't suffered any harm. If you disagree and you hold that the government has provided any portion of that money, then, Justice Sotomayor, you're right, that becomes a damages issue because... So this case doesn't end. Then you're going to argue that their damages have to be limited to $100 million? What are you going to argue? Well, I think we would, you know, our position is that there is no fraud here at all. We would go back and have a trial. Our position is that there's no fraud here, period. Assume there's a finding of fraud, that you should have paid more, you should have given them a greater discount than you did. So assume you lose the fraud parts. Are we back to a case where you're going to claim the damages are limited because? Justice Sotomayor, I think if we're in a situation where we have a trial on the claim, that would depend on what... Counsel, just answer my question. It would be... Whatever the jury finds in terms of damages, the limit on that would be the amount of damages the government sustains, and that would depend on what the jury... And you're saying there would be no damages because the fund got the $100 million from the government. Our position is no fraud, no damages. Okay. Thank you, Your Honor. Justice King? Justice Gorsuch? So I just want to follow up on that just so I understand. So assume you lose on the $100 million. It would be sent back, and there would be a trial. Let's assume you lose on the merits of the trial. And I know those are unpleasant assumptions, but work with me a minute. I think you would have open to you two arguments. One, that the $100 million is not traceable to the losses in this case because the funds didn't follow through. I assume you'd make that argument. Is that correct? Yes, Justice. And then I'm detecting in your colloquy with Justice Sotomayor that you might make an additional argument that damages would be limited to $100 million in any event. Is that correct? Yes. Okay. Thank you. Thank you, Justice. Justice Kavanaugh? In your brief, you mentioned constitutional avoidance, and I'm, I guess, having trouble connecting that argument to this case in the sense of how it would be any more or less unconstitutional if the overall scheme, if we disagreed with you here. So can you connect that up? Sure. So our position, and as you say, it's a constitutional avoidance argument that looks at the justification for a relator, right? And so the relator has standing under this court's decision in Stevens, right? Because in a sense, it is the delegate of the government's injury, right? It's proprietary injury, right? It's pocketbook injury. So in a case like ours, where the government hasn't sustained any loss, right? Then that leaves the relator only with the government's sovereign interest to go after violators of the law. So we agree that our argument in terms of constitutional avoidance doesn't completely solve the problem. But we would urge the court not to go further down the path and make the situation worse by allowing a situation where a relator is only operating on the basis of the government's sovereign interest, which is the Article II problem. Thank you. Thank you. Justice Barrett? Is that Justice Sotomayor and Justice Gorsuch asked you? Let me just see. I just want to make sure. I don't think I quite have your answer. So let's assume you lose on the $100 million. And let's assume again that you lose at trial. And then it's a question of calculating the damages sustained. I can't really tell how damages sustained are measured here in this situation where you have someone other than the government itself collecting or dispersing the funds. I saw one Fourth Circuit case that addressed that, and that was it. So my question is, I don't think it would be $100 million, right? Because that's not the allegation of maybe I'm wrong. I didn't think Wisconsin Bell was accused of shortchanging by overcharging by $100 million. That's just not the government.   So I'm just picking a number. Let's say it's $20,000. If that money, if the government itself had been directly defrauded of that money and you had treble damages, it would be $60,000. I think what, if I have the same question that they do, my question is, if you get to that point and you're trying to calculate damages sustained to the government, you're going to say, yeah, it's $60,000 once you treble it, just like it would be if they were dealing directly with the government. Or would you say, no, we have to calculate the marginal cost to the government in some kind of way. Or you might say it's zeroed out, like the government didn't actually sustain any damage here. And so then it doesn't mean that the relator gets nothing because then there are other penalties and fines that are available under the FDA. That's my question. And just a spirit, let me take a step back and say, I think that the discussions that we've been having highlight the mismatch here and show why the government couldn't possibly have provided the funds at issue. Okay, but assume you lose that. Assume you lose that. If we lose that, then what that means, all that means is that we have a claim, right? The relator has a claim and it would certainly be the relator's job, assuming this gets to trial, to prove up damages and the jury's job then to decide what does that say. Right, right, right. But it's a relevant number that the relator, in your view, would be aiming at, the $20,000 that I'm hypothesizing. Or would it be some marginal cost to the government or as a matter of law for jury instruction? Would you be saying, you know, it's zero because the government didn't actually suffer any loss even though the government provided the $100 million but damages sustained to the government were none? I think the way I would answer that, Justice Barrett, is to look to the text of the remedial provision, which refers to damages that the government sustains. And so it would be the relator's job at trial to prove that amount, whatever that is. And we would retain our full panoply of arguments why the relator isn't entitled to a dime for that or for other reasons. Thank you. Justice Jackson? So, it seems to me that your provides argument rests on the premise that the FCA is about putting the public fisc at risk. You've said this many times and that there's, you said, a historical link between the public fisc and the FCA. And I guess I'm looking at the history and I don't really see it that way. So I'd like for you to respond. You know, as I read the history of the FCA, the purpose is broader than just trying to protect the public fisc. In fact, when Congress passed in 1986 the amendments where claim, the claim definition that we're talking about here was put into the statute. It also had a report that talked about what it was doing and that GAO report documented widespread fraud in government programs and focused on,  the non-monetary effects of the fraud. And Congress is concerned that it wasn't just about the money. It talked about things like the loss of confidence in government programs. It pointed to a time in which the beneficiaries of the program did not get the benefits that Congress wanted them to get. So it was clearly beyond the fiscal impact. And so what I guess I'm wondering is, doesn't that sort of  your argument that all we need to care about here is looking at this through the lens of whether or not the government has actual monetary skin in the game in this way? Yeah. Respectfully know Justice Jackson, and I think that's the case for three reasons. And let me start with this court's precedent on the False Claims Act. And this court has said again and again that the False Claims Act is not an all-purpose fraud statute. Even fraud against the  it is not an all-purpose fraud statute against the government. And the reason for that is that at every juncture from the 1986 amendments to the 2009 amendments, Congress has made adjustments to the       piggyback on is if we think that the False Claims Act was doing more than just caring about whether the government lost a  as a result of this fraud, but in fact was also about whether the fraud  prevented the program from operating. The government has lots of different ways in which it might fund its programs. Some of them might be direct funding from the government. Some of them might be orders by the government to have other people to fund the program. But at the end of the day, what the government wants is for that program to operate effectively. It wants it to  And fraud says the government in its reports when it put out the FCA, is undermining the effectiveness of our program. And I'm telling you that from the history, the government was broader than the mechanism of funding as the reason why the FCA should apply. The best instrument for registering the concern and purpose of Congress is the FCA.  your whole argument is the government wanted in the FCA to have this  of the government fund. So let me just ask you one final question. What do you do with the fact that the House report from 1986 that discusses the statutory definition of claim says a claim upon any government agency or instrumentality quasi governmental corporation or non-appropriated fund activity is a claim upon the United States under the  It seems very clear that Congress wanted to have     as necessary to make sure that its programs operated. I think the key word in all of the examples you just made is government. I thought this was a quasi governmental corporation. The administrative company is a government   know that it's not a government instrumentality or agent because if it were it would run afoul of the government corporation control act. Thank you. Mr. Chief Justice and may it please the court. When Wisconsin Bell requests E-rate funds the government provides the money. The administrator pays on the government's  using money the government collects and controls to advance a federal program that the government created. FCC mandates which the  must follow specify who must be paid and how much they must be  When the administrator paid Wisconsin Bell that was the government providing money. Many government programs use private claims administrators to provide billions of dollars to the beneficiaries of government programs. When an entity like the government provides money through agents we credit the principal in that situation. When Wisconsin Bell receives money we credit the government with providing it. FCC mandates also determine carriers obligations to contribute to the universal service fund. It doesn't matter that the government routed the  directly from the carriers to the universal service fund instead of providing the  directly    The point is who is really making the money move and it is the government.  government is the only relevant decision maker at all stages of creating funding and then controlling the   all the  and especially the $100 million that was discussed earlier. I welcome the court's questions. Mr. Singh, if this had been an appropriated fund and the administrator had been in federal agency this would be of course a very straightforward case. We know exactly what the government's financial stake was but this is private money from private parties to another private party and it's very difficult to see what the government's financial stake is and I think if you might ultimately conclude or we might that it is enough to be federal funds but it doesn't look like  funds. It looks like private funds. So in this instance would you explain exactly what the government's financial stake is here? It hasn't appropriated any monies, it hasn't given any grants, and it hasn't lost anything. No matter what happens here the government's not out of pocket. Sure. So let me start with part of the  I'm not sure I agree with, as Ms. Ho admitted in the first part of the argument, this is treated as a permanent appropriation. It's not a year-to-year appropriation where a specific amount is designated but it is treated as appropriated funds. I think it's satisfied here. Such permanent and definite appropriations are commonplace throughout the federal budget. I take the point that there are aspects in which the funding structure is unusual that there is less government touching the money than there might be for other federal programs. I don't think that can be   dispositive as to the question whether the federal government is providing the money. On the specific question of what has the government lost, I think if you look at this the way I do, the government could have ingested this money into treasury accounts. Nothing changed about how the program works. It is the same program except for the flows of  What the government loses is all that money coming in. That is money the government controls to achieve its governmental purposes. When that money is not available because fraud depletes the  service fund, there is less money on hand to pay the beneficiaries that the government is trying to provide affordable telecommunications services to. That is no different from any other government spending program. I think that is what I mean. It is a little bit of a pejorative term. The reason I think is because you do get a large amount of money without going through the normal appropriations process. It seems to me that that is a significant question. Maybe a too high level of generality. If you can take and spend for whatever purposes you would like, any amount of money, so long as you require a private entity to pay it into a fund and then you exercise whatever authority you want to dispose of it in a particular way, that seems to me a significant exception to the normal appropriations process. I wonder if that is a concern at all. I don't think it is a concern in this instance. Nobody has made the argument that any time you have an indefinite appropriation, the program is invalid. As the court may be aware, there are other cases pending about the validity of the universal service fund as    that go to some of the concerns you are raising, but I don't think those are  claims act  What the false claims act is concerned with is  the integrity of government programs. If you have concerns about how the program is  those are concerns for another case, not this one. They don't bear on whether the company is an agent of the United States or whether the funds are provided by the government. One more thing that may help with the concern you are drawing is that the administrator is not like any private entity. It is not as if private carriers are being ordered to pay funds to another private company. This company has one job. Its only job is to  this set of universal service programs. It has no other function. That really does distinguish this situation from things the other side talks about like minimum wage or other examples where the government is causing money to move between private parties and we don't normally think of it as providing money. If we are persuaded by your argument on the $100 million, it seems to me a difficult question whether or not the government provides any portion of the money requested or demanded. As I say, I think the government provides it all. Wisconsin Bell can't get a penny that the government does not        authorize it to get. That's our front-line argument. Your front-line argument is if it's a dollar, the entire billion-dollar account is government funds. To be clear, our front-line argument is all the money is government funds. Coming down to your question, what if all the money is government money? We don't want to talk about those questions down the line. We want it to be clear. Part of the reason we're arguing for all the money is looking around the corner at the damages questions. To be clear, the petitioner has not made an argument. They could have said, if it's only the $100 million, that's not enough to make us liable. I don't think that question is before you. I think you can acknowledge that any portion language gets us home on liability. I want to talk through all the money. The $100 million, just to wrap that up, there is no traceability argument. That takes us to the question of damages. Would ruling on the $100 million point in your favor cause you any heartburn? If so, what would it be? I think it will cause the government more heartburn than it causes me, but it will cause a lot of heartburn. If $100 million were treated as the upper limit on damages... Would that be relevant at all under the damages provision? I suspect you've done a lot of thinking about that. I have done a bit. This is not the upper limit. We certainly would, but I acknowledge that it would be a legal fight over this that is unnecessary. I got that. Is your first preference that it provides all the money? Certainly. If we rule on that, there is no need to get into the agency stuff, either. There are complications there,  Congress added the  agent in 2009. Let me riff on  I think you're right. Presenting a claim to an  whether the government provided the money or not, that is actionable only after the 2009 argument. If you agree with us on the substance of the agency point, it sheds a lot of light on who is providing the money. Your front-line argument is it provides all and that would be your preference over the agency line of law. I know your naked litigation preferences. I need to know. Thank you. You were just cut off. It is not only what I want, it is also about what the statute is meant to accomplish. There is a point I agree with the other side, when Ms. O'Brien  the   money and transfers it. You have to ignore what you see with your own eyes. All of the money is dedicated to the same purpose. It is all moving. That is a huge difference in practice. All taxes come into a government account and then go out. With the federal appropriations process, that is why the word provides there. The other side has trouble. When you get to the rest of it, it seems like you have a problem. The word provides does not fit when the government orders one private party to provide money to another private party. When we get outside of the        you think about the providing of money, I think there are two ways you can think about it. One is who is providing money to the universal service fund. We say the government provides it. They say the carriers provided it. I get there is a debate and we can fight over that. You can think about it differently. The statute does not say who provides money to the fund. You should ask the question, who is providing the money to  the universal service fund. At that point, your only choices are it is the administrator or the government.  administrator is a government official? No. That is critical. Again, I am a bigger argument. For the reasons Justice Conway  we normally attribute the providing of the thing to the principle. This is an example the other side uses. They say when grandma sends $20 through the post office, we credit grandma. In this situation, if you ask who is providing the money to Wisconsin Bell, the administrator is transferring the money. It is doing so because the government requires it to. It cannot transfer a dollar more or a dollar less. Just to give an example, we have had some colorful ones. This is less colorful. Court order ordering a judgment on  plaintiff you get money from defendant. Does the court provide that money or does the defendant provide that money? If so, what makes that example different? I don't think we would say in ordinary usage that the court provides that money. I want to make two points clear. First, I think the  any portion of the money or property requested or demanded. I think when you look at it in context, what we are asking is, here, did the government fund this government program or not? It certainly funded the plaintiff's coffers very nicely. It did through government coercion in the same way that we have here. It is on pains of going to jail if you don't do it. What is the difference? If you look at what I was talking to Justice Kavanaugh about, in that situation, certainly, the defendant who has to pay the plaintiff is not the government's  As I was saying about         have anything beyond the  argument? That is my clearest response. Is the entire civil litigation system under what you are describing as government program, the entire system as a quote, government program? I don't think that is true,  honor. I don't think the government has been construed to mean the court system under the false claims act. That is a separate question. On your theory of provides, why wouldn't it be put aside, the government hasn't contended? Under our theory of  the court system. You have connected to the word program. That is a key move in your argument.  program. Under your theory of that, why isn't the civil litigation system a government program in which the government is providing the money? As I was saying, I don't think the word government has been construed to mean the court system. To the extent you are concerned about this, that doesn't answer my question. Isn't the answer about the duties that are running in the civil litigation, the duty to pay comes from the defendant, the private person, right? Based on the claim that the plaintiff has, the duty is not coming from the court in the same way. The court will enforce the duty. That is why the court is not right. That is my point about how when a principal orders an agent to pay, that is different from regulating. You do not have to accept the proposition. We do not want you to accept the proposition that any time the government causes money to flow from A to B, it has provided money within the meaning of the  claims act. We think this statute is limited to the situation where the government         it is good evidence that the statute is not  Regardless of whether you win in the 100 million argument or larger argument, what are the damages sustained? In our view, the damages are  The government has caused that money to be available for the beneficiaries. When Wisconsin Bell takes it unlawfully, they have made a false claim. There will be a debate about that between the parties. We think the right way to  do it    corresponding price rule. If they violate it by charging 50% more than they should have, there is a delta of overcharge which results in a delta of  That has not been hashed out yet. Our position will be the same.    what would be the difference between the authorities of the agent as opposed to a case where there was a sub-agency that administered the  Normally, you would have an agency in the  administering a government program. Here, you are saying that the private entity is an agent. What is the difference in their authority and their liability and their conduct in this E-rate program? If I hear the question correctly, please correct me if I don't, the idea is how can the administrative company be held accountable differently from if a government sub-agency was administering the program? The way that USAC's appointment works, they have a memorandum of understanding with the government. They have regular oversight meetings with the  If they breach the terms of that, the FCC can correct them. If they refuse to be corrected, the sanctions can go as high as losing their job, which would be similar to what would happen to federal employees. That's a strong point in our favor. If this program that the administrator here has no liability or no relationship with Congress, for example, and it's not treated as a government agency and is not subject to the government rules, it's just a memorandum of understanding.  just an agreement. If Congress wanted to say don't use this entity, it could say that. If the FCC wanted to terminate the relationship, it could do that. There may be greater freedom in the current structure. I think it's very similar. I don't see a lot of practical differences between how this program actually works and how it would work if it were housed within the government.  think government should be punished for shying away from big government. For those of us who run agencies, it would be easier to control an agent under an agency. I don't know if that's true. In this case, I think what we understand is that the control structure allows the  with fairly comprehensive control over the administrator's actions, which is one reason why we think it's an agent. Let me see if I correctly understand some of what you have just told us. The only question before us is whether reimbursement requests are claims under the false claims act. You could win on any of three grounds. The narrowest of those would concern the 100 million, but you could  one of the other broader grounds because that might have an effect on a damages question that has not been briefed and we don't know whether the case will ever get to the issue of  Is that a correct summary of some of what you said? That is part of    know why I want to do it, but I think there is a legal reason to decide the case on slightly broader grounds. It is true. If you say we went on the 100 million, you will resolve the technical circuit split over the question presented, which is whether E-rate funds are covered by the false claims act. There is a little bit of disuniformity in the legal rules that courts have used to get there. There would be a little bit of disuniformity remaining. I think it is worthwhile if easy to resolve that by reaching the broader ground. I think it will also provide more clarity for other cases that are not just about the E-rate program. Even if it does so through this direct efficient mechanism, the false claims act still applies. I do think you can resolve it on your own. What if we thought that you should win under the 100 million argument but lose under the other two? Then I assume you would prefer to just take your narrow victory and go home. Then you should say the 100 million, we decide nothing else, and I will work with the courts on remand. That's the sort of thing. That was quite fascinating. I'm still laughing over it. I do want to go back to these two theories. I actually thought there were three theories that you had proposed. The first was that the entire program is a government program. The government is supplying the money because the government is setting the rate at which the contractors have to pay. They're telling the universal service fund how to spend that money, and they're creating the FCC program that qualifies carriers to receive the  So they're controlling every aspect of the distribution. Correct? Yes. That's our argument for sure. I think they're doing this more specifically than many of the appropriations mechanisms that we reviewed recently. I think one of my colleagues wrote about this, in which we have appropriations to agencies with no more guidance than says it's a continuing X amount, and you spend it on these things, and that's it. We have more specificity than that here, correct? Quite correct. The FCC's rules are very detailed.  And we have some appropriations that are based on how much is collected by that agency, and they're entitled to spend that, and if they don't spend that, they can save it for the future, correct? Yes, and this is one such program, yes. And that's your point, that this is very similar to those appropriation programs? Yes, our point, Your Honor, is that the E-rate program and the universal service programs are fundamentally no different from basically every government spending program. I missed an answer you were giving, I think, to Justice Barrett when she was asking you about the measure of  I thought that your claim was that under this program they should have paid or they should have not charged us a certain amount. They should have charged us a lot less. But you seem to be suggesting in your answer to Justice Barrett that your claim is something more than the amount that you were charged. Am I understanding your answer to her? And if that's true, what's that something more? What has the U.S. lost besides the fact that you should have been paid, that you should have paid less money? I think that the outcome of the damages analysis is that only the extra amount of subsidy that was given to Wisconsin Bell and its customers is the measure of   That would be a reasonable outcome to the damages discussion. But all I was telling Justice Barrett is that has not been hashed out yet. I understand that. I'm going back to what else are you claiming you are entitled to besides that. That's the part that I don't understand. So in certain contexts when claims are made that should not have been paid, courts have determined that the entire amount claimed constitutes damages. This may not be such a case that no, we were allowed to make a claim, you just think we made it too big and so the damages are less. My point is only that because that discussion hasn't yet happened, I don't want to  what my colleagues may talk about. Certainly one of the arguments that I think could carry the day in this case down the line is that the loss is the delta between what was paid and what should have been paid. You still haven't answered my question. What is the amount of the claim, the total claim that's your alternative argument? It would be the amount of each subsidy claim made in whole and so Even though they paid a part of it. If you asked for a $50,000 subsidy and they only gave you 20, you're still entitled to the 50 or are you  something more? The question for damages would be should this claim have been paid at all? If the answer is no, then the entire amount of the claim is going to be damages. If the answer is yes, it should have been paid at  I want to go back to the conversation you were having with Justice Gorsuch when he gave you the other example and you said to him no, that would not be a normal use of the word provide and you said it's all a matter of  And then you said that the context here is that the administrator is acting as an agent.  if we don't feel like getting into the question of exactly whether the administrator is an  the sort of back ten pages of everybody's briefs where we have to figure out does an agent have the power to bind the government or the        all that. If we just take that off the table and said now we want a different kind of rule that separates the case in front of us from the case that  Gorsuch raised, do you have another rule for that? I think when I say context, the context of the statutory text is the government provides any portion of the money or property requested or demanded in the context of government programs. I think when you try to  this is   that was also the context     core of it is the government funding one of the programs here. If it is, context suggests when the government is the one causing the money to move into and out of the program. I think one thing that is interesting about the word provide is it is an extraordinarily flexible word. There are situations where I could give you a hypothetical and you would say that sounds like someone is providing it. That doesn't sound like someone else is providing it. Our brief and the government have focused on the fact that this is the context of a  spending program that Congress created. All of the rules for how money comes in and goes out are all set by the government. It is the only one making any decisions. I think that is how you would distinguish it even if you didn't want to talk about the vagaries of agency law. Mr. Singh, on the $100 million option, the other side has an argued traceability. That is good for you. The question comes to damages and whether there might be some upper limit based on the $100 million. Are you going to come anywhere near that? In this case, possibly not. The issue would be that that could be resolved in a future case. The larger provides question could be resolved in a future case without doing damage to this one. If you leave it open, absolutely yes. Thank you. One quick question.  $100 million is premised on the notion that that is the government's only stake in this. That you have to get in the game as the government. Here they are trying to  a program and have it operate. Yes, it put money into it, but it's not just the money that's at stake. Do you have a reaction to that? Sure. I share your view that the concerns animating the false claims act are broader than financial loss. I think the text of the statute makes that clear. When it talks about whether or not the government has title to the money. Even the remedial provision is a strong point in our favor because you have civil monetary penalties even if the government sustains no damages. I think this case provides a useful illustration of the point you're raising. It's not only the federal government that suffered here. The federal government suffers the brunt of the financial harm because it subsidizes that benefit. It's the health of beneficiaries, senior citizens, defense programs and our ability to field a fighting force that can survive out there. There are all kinds of interests that the false claims act protects that have nothing to do with money. That's why the statute does not require proof of financial loss. It's made quite clear in the legislative history as well. Unless the court would prefer that I spend my time some other way, there are two points I would like to  The first is how we would win on the ground that the United States provides all of the money in the universal service fund. The reasons were discussed in the previous discussion, namely that there would be questions about damages that would be raised if the court were to say the United States provided only $100 million. We think we have answers to those, but of course we prefer avoiding getting into those issues in the first place. If the court doesn't want to go that far, then we would urge the court to say that the United States provided $100 million and say nothing at all about whether the United States provided all the money. As for Justice Kagan,     to apply to, like civil litigation. What distinguishes this case from those cases is that the government isn't just exercising control at the front end, requiring the money to be paid in. It's also exercising control at the back end, deciding how the money is paid out, how it's distributed, whether it goes to schools and  rural hospitals, or whatever other beneficiaries the government chooses. In the civil litigation context, that back end control doesn't exist. Congress couldn't take the judgment and apply it to some other purpose that the  prefers. I welcome the Court's  Is there a can you recall a case similar to this FCA case? Similar in what sense? In the sense that we're talking about what looks like private money going to a  organization and being distributed privately. No, Justice Thomas, but I would like to say that this is private money. The strongest indication that this is the government's money is that in 2008, Congress appropriated $21 million out of the universal service fund not for the beneficiaries but for oversight activities. That's something that Congress       But that's what Congress did with respect to the universal service fund. You're not saying it was okay because Congress did it, are you? I'm saying that the fact that Congress did it is a clue that as a statutory matter, these are the funds. Congress regards it as the government's money. If it didn't regard it as the government's money, it wouldn't have taken it. You're still asking us to put a lot of weight on the fact that Congress did something, and the question is whether or not they had the authority to do it. No, the question is whether      a statutory question. What are these funds for purposes of the false claims act? And there it seems to me what Congress has done is pretty important because you're just interpreting what Congress did. I still think the fact that Congress did it is not particularly determinative. I respectfully disagree, Mr. Chief Justice. When you're interpreting a statute, the fact that Congress did something is surely relevant to the meaning of the statute. Well, we've had a few cases that say that Congress's position is not borne out by the government's    by the government's money. That, I think, proves dispositively that Congress regards this as the government's  But even if you think that what Congress has said isn't good enough, I'll turn to an even higher authority, this court's precedence. This court had a case about a First Amendment challenge to conditions that were attached to the E-rate program.  were required to install certain filtering software in order to receive these funds. And the court said these are federal subsidies provided by the federal government, all of it, not just some portion of it, and it said we're going to analyze these subsidies under the First Amendment framework for conditions attached to government funds. So not only Congress but also this court has regarded these funds as the government's money to the extent that's relevant. Thank you. Mr. Sari, can you just remind me of the state of play? It was the  Circuit and the Seventh Circuit here who split and the Seventh Circuit said well, one reason we feel better about this is the Fifth Circuit didn't know about the hundred million. But on the larger claim, we haven't had a lot hashed out about that in the lower courts, right? That's right. I think there have been cases in district courts where courts have regarded this money as the government's money in various contexts. We've also brought criminal prosecutions under other statutes with respect to fraud on the universal service programs. But in the specific context of the false claims act, these are the two things. So if we decided that larger question, we would be wading into something that really hasn't percolated very much? Not necessarily. Besides in the district courts? It depends on what Your Honor means by the larger question. If the question is simply did the government provide all the money in the fund, then that has percolated in the sense that the 5th circuit and the 7th circuit have both addressed that question. But to resolve the current split, we now know about the $100 million. The 5th circuit didn't know about the $100 million. If we were to rely on that, that would resolve the split as presently constituted. Yes, that's correct. And just to understand your distinction on the civil litigation side, as I heard you in your opening, the answer was because the government doesn't exercise control at the back end of how it's spent or distributed. Is that right? That's correct. What about in a class action case where the  has a lot of control on the back end? The degree of control even in that circumstance doesn't approach the degree of control here. So it's the degree of control now at the back end that's the distinction? Yes. Congress couldn't step in and say we're going to take that money from that class action and spend it on schools and  No, but a court could say this claimant no, that claimant yes, and if there's money left over I'm going to give it to my alma mater. That happens. There are questions about whether courts have the authority to do that. Again, it's one of those things that's happened, whether or not there's  authority to  But again, I don't think a court could say we're going to spend this money on anything the court likes. There are much more significant constraints in that context than here. Counsel, Justice Thomas, anything further? Justice Alito? Tell me more about why you want to do the    worried about leaving on the table? There are two reasons that we would prefer to win on this grant that we provide all the money. The first relating to damages is that Wisconsin Bell would argue that if the government has provided say only $100 million out of a billion dollars then it should receive only a corresponding percentage of whatever the loss might be. We don't think that argument is right, but we prefer in our ideal world to pretermit that altogether. What argument might you think is right? Is it just you can't go over $100 million? Is it you can go over $100 million? No, our position is even if the  provided only $100 million then we would still be entitled to the full value of at least the increment between what was charged and what should have been charged. Yeah, but what you're saying is Wisconsin Bell would certainly have an argument which is actually you can't even get us for the whole $100 million because you have to have a pro-rata share.  They would have that argument. Again, we don't think that argument is right, but we prefer to avoid that fight. The other reason is that there were some questions about what kind of tracing would need to be done. We don't think there's any tracing required. Any portion suggests that one drop of money is sufficient, but we prefer to avoid that fight if we could. Are there other programs that you're thinking about when you stand up here or is this the full universe of programs? The other universal service programs would be the ones most directly affected. In addition, there are a few other FCC programs that are operated on a similar model to this one, namely a private administrator. Outside that, I think it would depend on how the court rules. There are some programs where the government relies on an intermediary and the insurance companies are intermediaries who handle reimbursement requests on behalf of the government. I take petitioner to be saying that's different because those are tax dollars whereas these are not labeled as  so perhaps we prevail on that regardless, but it depends on how the court rules with respect to how far reaching the implications would be.  Justice Forsage? I think that just illustrates that the implications, if we go beyond the 100 million argument to the broader argument, are potentially large and a lot of potentially unintended consequences we have no idea about. It's just to save you from doing the briefing on an argument you think you're going to win anyway. It seems pretty aggressive to me to go beyond the 100 million and not prudent because we don't even know what we're getting into. I certainly appreciate the concern but I think that's why the limiting principle we've offered is important. You just said it would depend on how we write the opinion and we haven't gotten a ton of guidance on this limiting principle and how it affects these other programs that you're now identifying in response to Justice Kagan's questions. Again, I think the  principle is if the  controls where the money is going on the government        funds provided in civil litigation. Justice Byrd. If we wrote the opinion to say at least here where the government is provided, you have all these arguments open to you and all of these hard questions could be fleshed out later. I understand you rather win big than win little. That would be satisfactory if not ideal. I take that point. In terms of the practical consequences to you, we haven't talked much about the agency argument but for any claims that were for post 2009 the government isn't necessarily going to be getting into this whole  We would be focused on this as opposed to focusing on your agency argument. I imagine entities like Wisconsin Bell would say even if the administrator were an agent of the United States, you would still have these  about how much the United States has to pay.      I would like to follow up on the discussion that you were having with my friend. I haven't heard my friends on the other side offer any meaningful limiting principle to their theory that the government provides money by requiring one private party to pay enough. I think that's because there isn't any. Their theory would sweep in things like minimum wage, laws that require private employers to pay higher wages to their employees. All sorts of private parties, private transactions would be surprised to  see  I haven't heard my friends explain when Congress supposedly severed the FCA's historic connection to the public sys. The only answer they gestured at is the title clause. But the text of the title clause explained it was narrowly focused on a timing problem. The title clause  intended to break the link between the FCA and the public sys for the first time in 146 years and to overrule this court's decision in cone and other cases. It would have done so much more directly than the title clause and at minimum would have deleted the clause altogether and revised the remedial provision that references damages that the government sustained. We talked a lot today about the debt, settlement and restitution the government collected and returned to the administrative company. But that money is no different in character than the private contributions that     you actually had it exactly right when you were distinguishing the scenario with the court system. You said in that situation government is acting as an enforcer. That is exactly the role that the government is playing here with respect to the debt,  obligations and settlement and restitution. It is simply acting as an enforcer to take money that is owed to the administrative company from the carriers, no different source. The government is not providing that money just like the sheriff who collects judgment owed to the judgment debtor from the judgment debtor is providing money. It doesn't provide in any sense of that. The court's decision in cone makes clear that the FCA does not apply to request for property merely in the temporary possession of the government which precisely describes the debt, settlement and restitution here. We would urge the court at a minimum to reject my friend's broadest reading that the government provides all the money in the budget.  government cannot have its cake and eat it too. The political branches chose to insulate the E-rate program from the public to keep it from being rated to plug holes in the budget and to avoid the government corporation control act. Even though the program never puts one cent of public money at risk, my friend, the government cannot have it both ways. Like the rest of us, it has to live with the consequences of its choices. And one of those consequences here is that the false claims act doesn't apply. We respectfully request that the court reverse the judgment bill. Thank you,